IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVID M SHIPLEY  
      4225 KENNY RD  
      COLUMBUS, OH  43220

CASE NO: 15-54160

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY ADDITIONAL CLAIMS

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Claims:

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00022 | OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL OF THE STATE OF OHIO<br>150 E GAY STREET 21ST FLOOR<br>COLUMBUS, OH  43215-2216 | 2,036.11 | Pot Plan | 0.00% | PRIORITY |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor named in the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure.  Unless within twenty-one (21) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing is filed with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

A copy of this Notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at their address as they appear in this proceeding.

Dated: June 27, 2016

Attorney for Debtor:  
JAMES E NOBILE ESQ  
4876 CEMETERY RD  
HILLIARD, OH  43026

/s/Faye D. English  
Chapter 13 Trustee

FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Additional Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 6/27/2016

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
James E Nobile Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

David M Shipley
4225 Kenny Rd
Columbus, Oh 43220